

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

SECOND ORDER OF CONTINUING ABATEMENT

Appellate case name:        Ex parte Matthew Leachman

Appellate case number:      01-16-00787-CR

Trial court case number:    1522187

Trial court:                248th District Court of Harris County

This Court's October 12, 2017 Order of Continuing Abatement had continued the abatement of this appeal and remanded for the district court to enter findings of fact and conclusions of law, as ordered by this Court's August 3, 2017 Order of Abatement. That October Order had ordered the district clerk to file the supplemental clerk's record with this Court and mail that record and the supplemental reporter's record of the August 14, 2017 abatement hearing to the pro se appellant within 20 days of that Order.

On November 22, 2017, the district clerk filed a supplemental clerk's record containing an affidavit, signed by Christine Baldwin, Manager of the Criminal District Courts, that an abatement hearing was held on August 14, 2017, but at the time of the signing of the affidavit on November 21, 2017, the requested findings had not been forwarded to the district clerk for processing. Also on November 22, 2017, the district clerk filed a confirmation of delivery of the supplemental clerk's record, but did not indicate that the supplemental reporter's record, which was filed here on August 21, 2017, had been mailed to the appellant.

On December 11, 2017, appellant, Matthew Leachman, filed a pro se "Advisory to the Court, Motion to Reinstate Appeal, and Motion Regarding the Record."[1] Appellant contends that, although he received the November 22, 2017 supplemental clerk's record on December 1, 2017, he has not yet received the supplemental reporter's record and requests that it be mailed to him. Appellant further contends that, although he cannot be certain until he receives the reporter's record, because that record should indicate that the

---

[1]     Appellant's Motion Regarding the Record will be addressed by the Clerk of this Court via separate notice.

State does not intend to dismiss trial court cause number 1520247, this Court need not wait for the trial court's findings and conclusions before reinstating this appeal.

However, this Court's August 3, 2017 Order of Abatement had ordered the district court to make the appropriate findings and conclusions and to have them filed with the district clerk in a supplemental clerk's record, and that this appeal would be reinstated when that supplemental clerk's record, and any supplemental reporter's record, is filed. According to the supplemental reporter's record of the August 14, 2017 abatement hearing, the habeas court stated that it "is going to make a finding that . . . the State has no intention of filing a motion to dismiss the indictment in 1520247 and prepare findings of fact and conclusions of law to that effect." To date, although the supplemental reporter's record of the abatement hearing was filed here on August 21, 2017, no supplemental clerk's record containing findings and conclusions signed by the habeas court has been timely filed.

Accordingly, the Court sua sponte continues to **ABATE** the appeal and **requests** the State to respond to appellant's Motion to Reinstate Appeal **within 10 days** of the date of this order, specifically regarding whether the State has filed proposed findings and conclusions with the district court. We further **ORDER** the district clerk to mail the supplemental reporter's record of the August 14, 2017 abatement hearing, and the supplemental clerk's record requested by the Clerk of this Court on December 19, 2017, to the pro se appellant **within 20 days** of the date of this order. Finally, we **ORDER** the district clerk to certify the delivery date of these records **within 30 days** of this Order.

This appeal remains abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when the supplemental clerk's record is filed with the Clerk of this Court.

It is so ORDERED.

Judge's signature: /s/ Laura C. Higley
☑ Acting individually    ☐ Acting for the Court

Date: December 19, 2017